**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Ashley Bahena

                    Plaintiff,

v.                                                  Case No.: 1:26–cv–02077
                                                    Honorable Mary M. Rowland

House Of Brands LLC

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 11, 2026:


        MINUTE entry before the Honorable Mary M. Rowland: A Notice of Settlement [18] has been filed. All pending deadlines are stricken. By 7/27/26, the parties are to file a stipulation of dismissal or a status report on settlement. Mailed notice. (jg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.